**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2008, I served, or caused to be served, the following documents:

**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO MODIFY TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. 3582(C)(2)**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

**Doug Olson, Esq.**

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Lisa Wyatt
BY: LISA WYATT
Legal Assistant