UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-257 DWF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROOSEVELT T. JACKSON, Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

00-257 DWF

Defendant Name

Roosevelt T. Jackson

Remove AUSA

Thomas M. Hollenhorst

Add AUSA

Michael A. Dees

Dated: March 24, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Thomas M. Hollenhorst
BY: Thomas M. Hollenhorst
Assistant U.S. Attorney