**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 00-257(1) (DWF/AJB)

Plaintiff,

v. **ORDER**

Roosevelt Tremayne Jackson,

Defendant.

---

Michael A. Dees, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Roosevelt Tremayne Jackson, *Pro Se*, Defendant.

Andrew H. Mohring, Assistant Federal Defender, Federal Defender's Office, counsel for Defendant.

---

Defendant Roosevelt Tremayne Jackson ("Defendant") has moved for a sentencing reduction under the revised and retroactive amendments to the United States Sentencing Guidelines applicable to crack cocaine cases, pursuant to 18 U.S.C. § 3582(c). While the parties agree that the new reduced Guidelines range is between 100 to 125 months, the Government opposes any reduction from the sentence imposed of 121 months for the reasons stated in their opposition memorandum.

Based upon the presentations of the parties, the Court having reviewed the submissions of the parties as well as the file in this matter, and based upon the Court's

consideration of the § 3553(a) factors, the Court hereby enters the following:

**ORDER**

1. Defendant Roosevelt Tremayne Jackson's Motion to Modify term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. No. 21) is **GRANTED**. Therefore, Defendant Roosevelt Tremayne Jackson's sentence is reduced to 100 months, and he is ordered released from the custody of the Bureau of Prisons 10 days from the entry of this Order. All other aspects of his sentence shall remain as previously imposed.

Dated: April 10, 2008

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court